UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk

**Keith Holland**  501 "I" Street  Divisional Office
Clerk of Court  Sacramento, CA 95814  2500 Tulare Street
  Fresno, CA 93721

May 19, 2020

**Case Number:** 2:20–CV–00994–TLN–DB

**Case Title:**  MARK AUSSIEKER  vs.  STEWART MARKETING LLC, ET AL.

Dear Litigant,

You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

For the expedient prosecution of this action, and the timely processing of your filings, please comply with the Federal Rules of Civil Procedure and our Local Rules of Court. In particular, you are advised that:

**Rule 4 of the Federal Rules of Civil Procedure** provides that if a defendant is not served within 90 days after service is ordered the court must dismiss the defendant without prejudice.

**Local Rule 130** requires that documents submitted to the court must be legible, on 8–½ " x 11" paper, with writing on one (1) side of the page only. Each page should be numbered consecutively at the bottom.

**Local Rule 131** requires that all pleadings be signed.

**Local Rule 183** requires that you keep the court, and opposing parties, advised of your current address.

**Local Rule 230** requires that opposition, if any, to the granting of a motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date. Moreover, the failure to appear at a properly noticed hearing may be deemed a withdrawal of the motion or of any opposition to the motion.

**Other Provisions:**

**Request for Case Status:** The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

Keith Holland, Clerk of Court
United States District Court

by: /s/ L. Mena–Sanchez
Deputy Clerk