# AFFIDAVIT OF SERVICE

2:20-cv-0994-TLN-DB (PS)

| Case:<br>2:20-CV-0094-TLN-DB | Court:<br>DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA | County: | Job:<br>4549713 | **FILED**<br>Jun 25, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| **Plaintiff / Petitioner:**<br>MARK AUSSIEKER | | **Defendant / Respondent:**<br>STEWART MARKETING LLC., ET AL | | |
| **Received by:**<br>West Way LLC | | **For:**<br>MARK AUSSIEKER | | |
| **To be served upon:**<br>GRAYLAN STEWART | | | | |

I, Jeff Cox PSS-2017-84, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** MONICA STEWART, WIFE, 1916 NW 172nd St, Edmond, OK 73012
**Manner of Service:** Substitute Service - Abode, Jun 1, 2020, 7:35 pm CDT
**Documents:** SUMMONS AND COMPLAINT

**Additional Comments:**

_____  6-17-2020
Jeff Cox PSS-2017-84         Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
**Notary Public**

6/17/2020
**Date**          **Commission Expires**

