Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

FILED JUN 25 2020 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Mark Aussieker,<br><br>Plaintiff,<br><br>v.<br><br>STEWART MARKETING,<br>ET AL Defendant. | No. 2:20-cv-0994-TLN-DB (PS)<br>2:20-cv-0094-TLN-DB<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT GRAYLAN STEWART** |
|---|---|

TO THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Mark Aussieker hereby requests that the Clerk of the above-entitled Court enter default in this matter against GRAYLAN STEWART.

Copies of the Complaint and Summons were left with Monica Stewart. Monica Stewart reported to the process server reported that Graylan Stewart was not home when she accepted the summons and complaint[1]. Service was made at 1916 NW 172nd St Edmond OK, on 06/01/2020. (See Proof of Service, filed at Docket No 4). The house is owned my Monica and Graylan Stewart[2] as Husband and Wife as Joint Tenants.

Service was completed under Oklahoma rules of Civil Process[3] by leaving copies thereof

---

[1] See Page 2 of ECF #4 Proof of service under the Affidavit of non serve of Stewart Marketing LLC attempt 06/01/20
[2] As evidenced by the grant deed on file with the Oklahoma county recorded book 12962 page 957
[3] https://law.justia.com/codes/oklahoma/2014/title-12/section-12-2004/

1

Case 2:20-cv-00994-TLN-DB   Document 10   Filed 06/25/20   Page 2 of 2



at the person's dwelling house or usual place of abode with some person then residing therein who is fifteen (15) years of age or older  See 12 OK Stat § 12-2004 C 1 c(1).

To date, Defendant has not filed a responsive pleading as required by the Federal Rules of Civil Procedure. Accordingly, default must be entered against Defendant.

Dated June 23rd, 2020

Mark Aussieker

2