MARK REICHEL State Bar No. 155034
mark@reichellaw.com
455 Capitol Mall
8th Floor, Suite 802
Sacramento, CA 95814
Telephone: (916) 498-9258
Facsimile: (916) 441-6553

Alexey V. Tarasov, Texas State Bar No. 24075140
alexey@tarasovlaw.com
Seeking *pro hac vice*
5211 Reading Road,
Rosenberg, Texas 77471
Telephone: (832) 623-6250
Facsimile: (832) 558-3540

Attorneys for Defendants,
Stewart Marketing, LLC,
Graylan Stewart

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK AUSSIEKER, | **Case No.: 20-cv-994 TLN -DB** |
| Plaintiff | *AMENDED * |
| | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO QUASH SERVICE AND DISMISS FOR IMPROPER SERVICE AND LACK OF PERSONAL JURISDICTION** |
| v. | |
| STEWART MARKETING, LLC, GRAYLAN STEWART, | |
| Defendants | |

**PLEASE TAKE NOTICE** that on August 7, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the above-entitled Court, before the Honorable Deborah Barnes, United States Magistrate Judge, located at Courtroom 27, 8th Floor, 501 I Street, Sacramento, CA 95814, Defendants Stewart Marketing and Graylan Stewart will and

- 1 -

*Notice of Motion and Motion to Quash Service and Dismiss for Improper Service
and Lack of Personal Jurisdiction*

1  hereby do move the Court for an order dismissing Plaintiff Mark Aussieker's Complaint

2  pursuant to Federal Rule of Civil Procedure 12(b)(2), and/or 12(b)(5). This date and time have

3  been cleared with the court room clerk for Magistrate Judge Barnes.

4      This motion is based upon the grounds (1) that service upon Defendants was improper

5  and (2) that Defendants lack sufficient contacts with California to confer general and/or specific

6  personal jurisdiction over them.

7      In the alternative, should the Court be disinclined to grant Defendants' Motion to

8  Dismiss, Defendants would respectfully request and do hereby request that this Court stay all

9  proceedings in this case pending the United States Supreme Court's decision in *William P. Barr*

10  *v. American Association of Political Consultants Inc., et al.*, No. 19-631.

11      This Motion is, and will be, based upon this submission, the attached Memorandum, the

12  Declarations of Graylan Stewart and Monica Stewart, and all other documents and matters to

13  which this Court may properly take notice at or before the time of the hearing on this matter.

14

15  Dated June 26, 2020.      Respectfully Submitted,

16      By:_*Mark Reichel*
    Mark Joseph Reichel

- 2 -

*Notice of Motion and Motion to Quash Service and Dismiss for Improper Service
and Lack of Personal Jurisdiction*

# PROOF OF SERVICE

**STATE OF CALIFORNIA,
COUNTY OF SACRAMENTO**

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred; my business address is:

455 Capitol Mall, 8th Floor, Suite 802, Sacramento, CA 95814.

On June 26, 2020, I served the following document(s), described as:

(1) *Amended Notice of Motion and Motion to Quash Service and Dismiss for Improper Service and Lack of Personal Jurisdiction;
(2) Memorandum in Support of Motion to Quash Service and Dismiss for Improper Service and Lack of Personal Jurisdiction;
(3) [Proposed] Order Quashing Service and Dismissing Plaintiff's Causes of Action Against All Defendants;
(4) Declaration of Graylan Stewart;
(5) Declaration of Monica Stewart;

on the following parties:

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
aussieker1@gmail.com

(1) (By U.S. Mail) I deposited such envelope in the mail at Sacramento, California with postage thereon fully prepaid.
(2) (By e-mail) I transmitted an electronic message attaching the above documents to aussieker1@gmail.com.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Date: June 26, 2020.
Name: MARK REICHEL
Signature: /s/ __Mark Reichel_____

- 3 -

*Notice of Motion and Motion to Quash Service and Dismiss for Improper Service
and Lack of Personal Jurisdiction*