Reichel & Plesser, LLP
Mark Joseph Reichel, State Bar No. 155034
mark@reichellaw.com
455 Capitol Mall
8th Floor, Suite 802
Sacramento, CA 95814
Telephone: (916) 498-9258
Facsimile: (916) 441-6553

Alexey V. Tarasov, Texas State Bar No. 24075140
alexey@tarasovlaw.com
Seeking *pro hac vice*
5211 Reading Road, Rosenberg, Texas 77471
Telephone: (832) 623-6250
Facsimile: (832) 558-3540

Attorneys for Defendants,
Stewart Marketing, LLC,
Graylan Stewart

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, | )<br>) |
| Plaintiff | )<br>) |
|  | ) Case No.: 20-cv-994 |
| v. | )<br>) **DECLARATION OF MONICA** |
| STEWART MARKETING, LLC, | ) **STEWART** |
| GRAYLAN STEWART, | )<br>) |
| Defendants | )<br>) |

BEFORE ME, the undersigned authority, on this day personally appeared Monica Stewart, who under oath stated as follows:

1. My name is Monica Stewart. I am over eighteen (18) years of age and am legally competent to make this Declaration, which is true and correct, is based on my personal knowledge, and is made voluntarily and not under duress.

2. Although I am legally married to Graylan Stewart, he and I live apart from each other in two different homes. We have lived like that for 8 years.

3. I reside in Colorado at 2636 Scoter Ln, Castle Rock, CO 80104.

4. My husband Graylan Stewart resides at 1916 NW 172nd Street, Edmond, OK 73012.

5. My two children live with me, while my husband's two children live in Oklahoma. I visit Oklahoma from time to time, approximately 3-4 times per year.

6. I was in Oklahoma on June 3, 2020 for the graduation of my husband's daughter that was scheduled for that date. At the time, I was physically at my husband's residence at 1916 NW 172nd Street, Edmond, OK 73012.

7. The Plaintiff in the above-entitled action purported to serve the Defendants in this case, including my husband and his company Stewart Marketing, by delivering the citation and a copy of the complaint to my husband's address on June 3, 2020.

8. At the time when service was effected, however, my husband was not at the house, and the courier simply handed the papers to me.

9. I have no position with Stewart Marketing, LLC and I am definitely not authorized to accept service of process for Stewart Marketing, LLC.

10. Receiving court papers prior to attending graduation was not a pleasant experience for me.

11. It is my belief that service of process upon me in this case was not appropriate.

1  I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2020.

*/s/ Monica Stewart*
Monica Stewart

( The State of Colorado
( County of  Douglas

Sworn & subscribed before me by Monica Stewart on the date listed above.

Given under my hand and seal of office on June 24, 2020.

Notary Public in and
for the State of Colorado

*/s/ M R Stuart*

(Notary's Signature)

(Seal)

```
MICHELLE RENEE STUART
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144009460
MY COMMISSION EXPIRES 02/27/2022
```