Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*



**FILED**

AUG 0 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Mark Aussieker,

        Plaintiff,

   v.

STEWART MARKETING,LLC,
GRAYLAN STEWART,
Defendant.

No. 2:20-cv-00541-JAM-AC

0994-TLN-DB

**REQUEST FOR ENTRY OF JUDGEMENT
AGAINST DEFENDANT STEWART
MARKETING**

TO THE CLERK OF THE ABOVE-ENTITLED COURT

    Plaintiff Mark Aussieker hereby requests that the Clerk of the above-entitled Court enter

Judgment in this matter against STEWART MARKETING,LLC  and GRAYLAN STEWART

    Plaintiff received a courtesy email on 07/13/2020 informing him that a rule 68 offer was

mailed to him. Plaintiff's Notice of acceptance was mailed on 07/18/2020 to counsel for

Defendant who is designated by law to accept service on behalf of DEFENDANTS. Tracking

information shows that the notice of acceptance was received on 07/22/2020. (See attached Proof

of Service, and notice of acceptance)

    Plaintiff files this request according Federal Rules of Civil Procedure. Accordingly,

default must be entered against Defendants

Dated July 28th, 2020


Mark Aussieker

1

DECLARATION OF Mailing

I, the undersigned declare that at the time of service of the papers herein referred to, I was least EIGHTEEN (18) years of age, and I served the following documents:

**Notice of plaintiff's acceptance of rule 68 offer**


On the following parties:

| STEWART MARKETING,LLC, | GRAYLAN STEWART | |
|---|---|---|
| **Mark Joseph Reichel** | **Mark Joseph Reichel** | |
| 455 Capitol Mall STE 802 | 455 Capitol Mall STE 802 | |
| Sacramento, CA 95814 | Sacramento, CA 95814 | |
| | | |

BY  mailing certified first class mail on said date by depositing said documents in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed as above to the above party.


Person Serving:

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct:
Date 07/28/2020


Mark Aussieker

Executed in Sacramento, CA