Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

FILED

AUG 17 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Aussieker,<br><br>    Plaintiff,<br><br>v.<br><br>STEWART MARKETING,<br>ET AL Defendant. | No. 0994<br>2:20-cv-0994-TLN-DB<br><br>**PLAINTIFF'S RESPONSE TO ORDER DATED 08/03/2020** |

Plaintiff states that the case should not be dismissed for lack of prosecution because there is currently an accepted offer of judgment on file with the clerk.  Defendant filed the offer (ECF No 17). Plaintiff filed the notice of acceptance (ECF No 18,) plus proof of service (ECF No 17, page 2).

On 07/24/2020 Plaintiff informed opposing counsel "I accepted the offer of judgment and noticed that the proposed judgment has not been filed. If I don't hear back from someone today, I will file the judgment on Monday". Mr. REICHEL for Defendants promptly emailed back "We will file on Monday." Plaintiff checked the PACER on Monday 07/27/20 and saw it had not been filed. Plaintiff mailed the paperwork on Tuesday 07/28/20.

On 8/4/20, Plaintiff received an email from Mr. REICHEL that was cc'ed to mkrueger@caed.uscourts.gov which informed the court that there was an agreement on the case and the motion hearing should be dropped.

Plaintiff requests that the judgment be entered in favor of plaintiff and the case be closed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated August 12th, 2020

Mark Aussieker

1

Proof of Service

I, the undersigned declare that at the time of service of the papers herein referred to, I was least EIGHTEEN (18) years of age, and I served the following documents:

PLAINTIFF'S RESPONSE TO ORDER DATED 08/03/2020

On the following parties:

| STEWART MARKETING, LLC, | GRAYLAN STEWART |
|---|---|
| **Mark Joseph Reichel** | **Mark Joseph Reichel** |
| 455 Capitol Mall STE 802 | 455 Capitol Mall STE 802 |
| Sacramento, CA 95814 | Sacramento, CA 95814 |

BY  e-mailing papers to mark@reichellaw.com

Person Serving:

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct:
Date 08/12/2020