UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, | No. 2:20-cv-0994 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| STEWART MARKETING, LLC, GRAYLAN STEWART, | |
| Defendants. | |

    Plaintiff Mark Aussieker is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (ECF No. 29.) On June 26, 2020, defendants filed a motion to dismiss. (ECF No. 11.) On July 13, 2020, defendants filed an offer of judgment pursuant to Federal Rule of Civil Procedure 68. (ECF No. 17.) The offer provided plaintiff ten days to serve written notice of acceptance.

    On August 4, 2020, the undersigned issued plaintiff an order to show cause for failure to file an opposition to defendants' motion to dismiss. (ECF No. 20.) That same day plaintiff's acceptance of defendants' Rule 68 offer was filed. (ECF No. 18.) The filing, however, was well after the ten days provided by defendants. On August 17, 2020, plaintiff filed a response to the order to show cause. (ECF No. 21.) Defendants have not filed anything in response to plaintiff's filing.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 4, 2020 order to show cause (ECF No. 20) is discharged; and

2. Within twenty-one days of the date of this order, defendants shall file a supplemental brief responding to plaintiff's filings.[1]

Dated:  August 27, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/aussieker0994.resp.ord

---

[1] Alternatively, the parties may comply with this order by filing a stipulated judgement, settlement, and/or notice of voluntary dismissal.