Mark Joseph Reichel, State Bar No. 155034
mark@reichellaw.com
455 Capitol Mall
8th Floor, Suite 802
Sacramento, CA 95814
Telephone: (916) 498-9258
Facsimile: (916) 441-6553

Alexey V. Tarasov, Texas State Bar No. 24075140
alexey@tarasovlaw.com
Seeking *pro hac vice*
5211 Reading Road,
Rosenberg, Texas 77471
Telephone: (832) 623-6250
Facsimile: (832) 558-3540

Attorneys for Defendants,
Stewart Marketing, LLC,
Graylan Stewart

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK AUSSIEKER,<br><br>    Plaintiff<br><br>        v.<br><br>STEWART MARKETING, LLC,<br>GRAYLAN STEWART,<br><br>    Defendants | No. 2:20-cv-0994 TLN DB PS<br><br>**AGREED FINAL JUDGMENT AND ORDER** |

On this day came on to be heard all claims of Plaintiff MARK AUSSIEKER (referred to herein as "Plaintiff"), in the above-styled case for a final adjudication as to all claims against Defendant, STEWART MARKETING, LLC, and GRAYLAN STEWART, (referred to herein as "Defendants").

1.  Plaintiff and Defendants appeared, through this pleading, announced ready for trial, waived a trial by jury, and announced to the Court that Defendant made an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 to Plaintiff to fully and finally resolve all claims, demands, and causes of action that have been or could have been brought in this case by Plaintiff against Defendants, including all claims for injuries and damages allegedly sustained by Plaintiff that have been brought or could have been brought against Defendants because of the incidents made the basis of this lawsuit. Plaintiff and Defendants announced that Plaintiff has accepted Defendants' Offer of Judgment.

2.  The parties requested from the Court entry of a final judgment against Defendants in this lawsuit in accordance with the Offer of Judgment.

3.  IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that judgment is rendered in favor of Plaintiff and against Defendants in this lawsuit.

4.  IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant is ordered to pay Plaintiff the total sum of two thousand five hundred one and No/100 dollars ($2,501.00).

5.  IT IS FURTHER ORDERED, ADJUDGED, and DECREED that once the judgment is funded, Defendants shall be fully relieved and discharged from any and all liability to Plaintiff for the incident made the basis of this lawsuit.

6.  IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff is denied all relief against Defendants relating to the incidents made the basis of this lawsuit not expressly granted by this Agreed Final Judgment, whether the relief was requested or whether it could have been requested in this lawsuit.

**AGREED AND APPROVED
AS TO FORM AND SUBSTANCE:**

/s/ *Mark Reichel*
Mark Joseph Reichel,
Attorney for Stewart Marketing, LLC and Graylan Stewart


/s/ *Mark Aussieker*
Mark Aussieker, pro se

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court shall enter judgment for plaintiff and close this case.

DATED: September 23, 2020                /s/ DEBORAH BARNES
                                         UNITED STATES MAGISTRATE JUDGE