## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                                  **JUDGMENT IN A CIVIL CASE**

**MARK AUSSIEKER,**

                                                                  CASE NO: **2:20–CV–00994–TLN–DB**

        v.

**STEWART MARKETING LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/24/2020**

                                                           **Keith Holland**
                                                           Clerk of Court

ENTERED: **September 24, 2020**

                                                by: /s/ A. Tupolo
                                                            Deputy Clerk